PeaesojST, O. J.
 

 Every one is presumed to he of sound mind until the contrary is proven ; Pest on Presumptions, 57 and 170. This rule is necessary for the due administration of the law, as well in the criminal as on the civil side of the docket, and there is no reason for relaxing it.
 

 Ilis Honor made the application of the doctrine as to “ a reasonable doubt” to the question involved in the case, correctly, with much clearness and force of statement. We will not enter into a discussion, because the matter is settled, and there is no consideration for treating it in any aspect as an open question;
 
 State
 
 v.
 
 Johnson,
 
 3 Jones’ Rep. 266;
 
 State
 
 v.
 
 Craton,
 
 6 Ire. Rep. 164. There is no error. This opinion must be certified to the Superior Court, to the end, that further proceedings may be had according to law.
 

 Per Curiam, Judgment affirmed.